**<u>UNPUBLISHED</u>**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-1929**

---

VERONICA W. OGUNSULA,

        Plaintiff – Appellant,

    v.

ATTORNEY GENERAL ERIC H. HOLDER, JR., in his individual capacity as U.S. Attorney General, Department of Justice (DOJ); JAMES B. COMEY, in his individual capacity as Director, Federal Bureau of Investigation, Washington, DC; THOMAS E. PEREZ, individually and as former Assistant Attorney General, Civil Rights Division, DOJ; H. MARSHALL JARRETT, individual and as former Director, U.S. Attorney's Office, (DOJ); MICHAEL E. HOROWITZ, individually and in his capacity as the Inspector General (DOJ); JOSEPH S. CAMPBELL, in his individual capacity as Deputy Assistant Director, Criminal Investigative Division, FBI; SANDRA A. BUNGO, in her individual capacity as Unit Chief, Initial Processing Unit, Internal Investigations Section, Inspective Division, FBI; MR. ROD ROSENSTEIN, individually, U.S. Attorney for Maryland; BRYAN E. FOREMAN, individually and his official capacity as the former Assistant U.S. Attorney; THOMAS COYLE, individually and in his official capacity as an Agent, FBI,

        Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  George Jarrod Hazel, District Judge. (8:15-cv-01297-GJH)

---

Submitted:  March 17, 2016        Decided:  March 21, 2016

---

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

--------

Affirmed by unpublished per curiam opinion.

--------

Veronica W. Ogunsula, Appellant Pro Se.

--------

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Veronica W. Ogunsula appeals the district court's order denying her emergency motion for an order to vacate and rescind eviction and dismissing her civil complaint in part without prejudice and in part with prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ogunsula v. Holder</u>, No. 8:15-cv-01297-GJH (D. Md. filed June 22 & entered June 23, 2015). We deny Ogunsula's motions for a temporary restraining order, stay pending appeal, emergency relief, and to expedite the decision, and all other pending motions, with the exception of Ogunsula's motion to seal her motion to expedite. We grant the motion to seal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>